UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DESHAWN DAVIS,<br><br>    Plaintiff,<br><br>v.<br><br>C.D.C.R, CORRECTIONAL OFFICER MEUX, CORRECTIONAL OFFICER JOHNSON,<br><br>    Defendants. | Case No. CV 09-6703 DDP (AJW)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Report and Recommendation of Magistrate Judge ("Report"). No objections were filed within the time allowed. Good cause appearing, the Court accepts the findings and recommendations contained in the Report.

**IT IS SO ORDERED**.

DATED: __July 6_, 2012

_____
DEAN D. PREGERSON
United States District Judge