UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DESHAWN DAVIS,<br><br>        Plaintiff,<br><br>    v.<br><br>C.D.C.R., CORRECTIONAL OFFICER MEUX, CORRECTIONAL OFFICER JOHNSON,<br><br>        Defendants. | Case No. CV 09-6703 DDP (AJW)<br><br>J U D G M E N T |

**IT IS ADJUDGED** that: (1) the motion for summary judgment filed by defendants Meux and Johnson is granted; (2) judgment is entered in favor of defendants Meux and Johnson as a matter of law; and (3) plaintiff's claims against the California Department of Corrections and Rehabilitation are dismissed with prejudice.

__July 6_, 2012

_____
DEAN D. PREGERSON
United States District Judge